UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARIA TREJO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 24-cv-06360-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 15, 19 |

Plaintiffs' counsel in the above-entitled matter having failed to appear by videoconference at the case management conferences on December 17, 2024 and January 7, 2025, and defendant having filed a case management conference statement for each conference and having appeared at each proceeding in compliance with the Court's orders,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiffs' claims should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The hearing on the order to show cause will be held **February 4, 2025, at 2:00 p.m.** Plaintiffs may expunge this Order To Show Cause either by stipulating to the settlement with defendant that plaintiffs' counsel alleges has occurred or by participating in filing a Joint Statement on January 28, 2025, suggesting a trial schedule, and by counsel appearing at the CMC via videoconference. If plaintiffs fail to do one or the other of these, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 7, 2025

WILLIAM H. ORRICK
United States District Judge